Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, a Texas corporation,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>CASAL ENTERPRISES, INC., a Washington corporation,<br><br>　　　　　　　　　　　　　Defendant. | No. 25-cv-00427- RAJ<br><br>(PROPOSED) ORDER GRANTING JUDGMENT ON THE PLEADINGS |

Having considered Plaintiff and Counter-Defendant Houston Casualty Company's ("HC") Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c), and having considered the opposition and reply thereto, the pleadings in this matter, and the arguments and evidence submitted, the Court hereby GRANTS HC's motion.

The Court declares that the underlying lawsuit captioned *Okyeremah Nyannor v. Casal Enterprises, Inc.,* Case No. 24-2-19872-5 SEA (King County Super. Ct.) (the "Underlying Action") is not within the scope of coverage afforded under Employment Practices Liability Policy No. H724-95068 issued to Casal Enterprises, Inc. for the March 1, 2024 to March 1, 2025 Policy Period (the "Policy"). Specifically, the Court declares that the alleged violations of RCW 49.58.110 do not involve "Employment Practices Wrongful Acts" as the Policy defines that term. The Court further declares that statutory damages under RCW 49.58.110 do not

(PROPOSED) ORDER GRANTING
JUDGMENT ON THE PLEADINGS (Cause No.
25-cv-00427) – 1

WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

constitute "Loss" as that term is defined in the Policy. The Court also declares that the Policy's Wage and Hour Defense Cost Sublimit does not apply and HC has no obligation to pay "Defense Costs" in the Underlying Action under that provision because RCW 49.58.110 is not a "wage and hour law" within the meaning of the Policy. Accordingly, the Court finds that HC has no duty to defend or indemnify Casal Enterprises, Inc. in the Underlying Action.

The Court therefore GRANTS Judgment on the Pleadings in HC's favor on its Complaint against Casal Enterprises, Inc. pursuant to Federal Rule of Civil Procedure 12(c).

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

(PROPOSED) ORDER GRANTING
JUDGMENT ON THE PLEADINGS (Cause No.
25-cv-00427) – 2

WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**CERTIFICATE OF SERVICE**

The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served the foregoing document on:

**Attorney for Defendant**
Dubs Herschlip
Alexander Michael Walton
Dunlap Bennett & Ludwig PLLC
627 5th St., Ste. 203
Mukilteo, WA 98275
(  ) Via U.S. Mail
(  ) Via Facsimile
(  ) Via Hand Delivery
( x ) Via Email: dubs@dbllawyers.com; awalton@dbllawyers.com

**SIGNED** this 3RD day of October, 2025, at Seattle, Washington.

*s/ Alicia Ossenkop*
_____
Alicia Ossenkop

(PROPOSED) ORDER GRANTING JUDGMENT ON THE PLEADINGS (Cause No. 25-cv-00427) – 3

WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273